PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
3:04CR00705-001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Lance Hague | NORTHERN DISTRICT OF OHIO | Western |

JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN
08CR 301

NAME OF SENTENCING JUDGE
David A. Katz

| DATES OF SUPERVISED RELEASE: | FROM 11/08/2007 | TO 11/07/2012 |
|---|---|---|

OFFENSE

18 U.S.C. §§ 924(c) and 2 - Use of a Firearm During and in Relation to a Crime of Violence, Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/18/08
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/28/08
Effective Date

James F. Holderman
United States District Judge

**FILED**

APR 14 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT